IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA LUIS, ) | |
| LUCY GOMEZ, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | 12 CV 2922 |
| ) | |
| SMITH PARTNERS & ASSOCIATES, LTD. ) | |
| SMITH REO PROPERTIES ) | |
| COYA SMITH, ) | |
| ANDY HORN, ) | |
|     Defendants. ) | |

## NOTICE OF MOTION

To:    Coya Smith
       Andy Horn
       Smith Partners & Associates
       5002 Main Street Suite 4
       Downers Grove, IL 60515
       Fax 630.810.9782
       info@smithreo.com

     PLEASE TAKE NOTICE, that on May 2, 2012, at 9:30 am, I will appear before the Honorable Gary Feinerman and present the attached Petition for a Temporary Restraining Order, and Preliminary Injunction, which is hereby served upon you.

                                                               s/Jonathan Lubin

Jonathan Lubin
39 S. LaSalle Street
Suite 1400
Chicago, IL 60603
(773) 954-2608

## CERTIFICATE OF SERVICE

     I, Jonathan Lubin, an attorney, hereby certify that I caused a copy of the above described to be served upon the above listed by sending it by fax, to the above listed number, and by e-mail, to the above listed e-mail address, before 5:00pm on May 1, 2012, with the exception of Exhibit A, which cannot be sent by Fax due to it being an Audio/Video file. Exhibit A will be attached or otherwise sent through e-mail concurrently with the service of the above described.

                                                              s/Jonathan Lubin