# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Maria Luis, et al.

Plaintiff,

v.

Case No.: 1:12–cv–02922

Honorable Gary Feinerman

Smith Partners and Associates, Ltd., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 2, 2012:

MINUTE entry before Honorable Gary Feinerman:Motion hearing held. For the reasons stated in open court, Plaintiffs' petition for a temporary restraining order and preliminary injunction [5] is denied. Initial status hearing set for 7/9/2012 at 9:30 a.m. Initial Status Report shall be filed by 7/2/2012. Please see Judge Feinerman's web page (http://www.ilnd.uscourts.gov, to "District Judges," to "Judge Gary Feinerman," to "Initial Status Hearings" under Case Management Procedures) for details on the initial status hearing and Initial Status Report.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.