IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA LUIS and LUCY GOMEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:12-cv-2922 |
| | ) | |
| v. | ) | |
| | ) | |
| SMITH PARTNERS & ASSOCIATES, LTD., | ) | |
| COYA SMITH, and ANDY HORN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS SMITH PARTNERS & ASSOCIATES, LTD.,
COYA SMITH & ANDY HORN'S MOTION AND SUPPORTING
MEMORANDUM TO MODIFY SCHEDULING ORDER**

NOW COME the Defendants, Smith Partners & Associates, Ltd. ("Smith Partners"), Coya Smith ("Smith"), and Andy Horn ("Horn"), (collectively "Defendants"), by and through their attorneys, KARBAL COHEN ECONOMOU SILK & DUNNE LLC, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully move the Court for an Order extending the Scheduling Order (Dkt. No. 22) deadlines by sixty (60) days. In support of this Motion, Defendants state as follows:

1. Plaintiffs filed their Complaint (Dkt No. 1) against Defendants on April 19, 2012. The Complaint alleged seven different causes of action directed against all Defendants.

2. Defendants Smith Partners, Smith, Horn, and Smith REO Properties ("Smith REO") filed a Motion to Dismiss Plaintiff's Complaint (Dkt No. 13) on July 3, 2012, and a Memorandum in Support of Motion to Dismiss Plaintiff's Complaint (Dkt. No. 18) on July 9, 2012.

3. On July 9, 2012, the court entered a Scheduling Order (Dkt. No. 22) entering and continuing Defendants' motion to dismiss, ordering Plaintiffs to file a response by August 6,

2012, ordering Defendants to file a reply by August 27, 2012, ordering the parties to serve Rule 26(a)(1) disclosures by July 30, 2012, ordering the parties to serve written discovery requests by August 20, 2012, setting a deadline of November 12, 2012 to move to amend pleadings and add new parties, setting a discovery closing date of January 9, 2013, and ordering dispositive motions to be filed by February 6, 2013.

4. On July 30, 2012, Defendants Smith Partners, Smith REO, Horn, and Smith timely filed their Rule 26(A)(1) disclosures. (Dkt. 23).

5. On August 20, 2012, Defendants Smith Partners, Smith REO, Horn, and Smith timely served written interrogatories and requests for production of documents to Plaintiffs. (Dkt. 28).

6. On October 18, 2012, the court entered a Memorandum Opinion and Order, granting Defendants' motion to dismiss in part and denying it in part. (Dkt. 34, 35). The court ordered as follows:

> Defendants' motion to dismiss is granted in part and denied in part. Count VII, Count I to the extent it seeks injunctive relief, and the claims against Smith REO Properties are dismissed with prejudice. Count II is dismissed without prejudice. Plaintiffs have leave to replead Count II until 11/8/2012. The motion to dismiss is otherwise denied. If Plaintiffs do not replead Count II, Defendants shall answer the surviving portions of the complaint by 11/15/2012. If Plaintiffs do attempt to replead Count II, Defendants shall answer or otherwise plead to Count II and shall answer the other portions of the complaint by 11/29/2012. (Dkt. 34).

7. On October 18, 2012, Defendants' counsel telephoned Plaintiffs' counsel to remind him that Plaintiffs' Rule 26(A)(1) Disclosures and answers to written discovery were overdue.

8. On October 19, 2012, Plaintiffs served their Rule 26(A)(1) Disclosures, over 75 days late after they had been due on July 30, 2012.

9. On October 23, 2012, Plaintiffs served written discovery requests to Defendants, over 60 days late after they had been due on August 20, 2012.

10. On October 25, 2012, Defendants' counsel again telephoned Plaintiffs' counsel to remind him that Plaintiffs' answers to written discovery were overdue. Plaintiffs' counsel indicated that Plaintiffs would answer discovery from Defendants by October 30, 2012.

11. As of the date and time of the filing of this motion, Plaintiffs have not yet answered interrogatories or responded to production requests from Defendants, which were served back on August 20, 2012 and to which answers were due on September 19, 2012. Plaintiffs have represented that they will answer discovery by October 30, 2012.

12. Fed. R. Civ. Proc. 6(b) states a court may grant an extension "for good cause" if a motion is made before the original time expires.

13. Fed. R. Civ. Proc. 16(b)(4) states "A schedule may be modified only for good cause and with the judge's consent."

14. Good cause for modification of the Scheduling Order exists for the following reasons:

   (a) Plaintiffs have been delinquent in answering discovery, which has caused prejudice to Defendants in identifying whether to move to amend pleadings and whether to add new parties, in identifying additional discovery needed, and in preparation for the filing of a dispositive motion.

   (b) Plaintiffs have been allowed until November 8, 2012 to replead Count II of the Complaint for Violation of R.I.C.O. This November 8, 2012 date is only 4 days before the deadline for determining whether to move to amend the pleadings or to add new parties. As Plaintiff has been allowed additional time to file an

Amended Complaint, it is only fair for Defendants to be allowed further time to determine whether to move to amend the pleadings or to add new parties.

15. Defendants respectfully request that the court extending the Scheduling Order (Dkt. No. 22) deadlines by sixty (60) days as follows:

| | |
|---|---|
| Defendants shall move to amend pleadings and add new parties | January 11, 2013 |
| Discovery to close | March 11, 2013 |
| Defendants shall file dispositive motions | April 8, 2013 |

16. Plaintiffs' counsel Jonathan Lubin has advised that he has no objection to an extension of the Scheduling Order.

WHEREFORE, Defendants Smith Partners & Associates, Ltd., Coya Smith, and Andy Horn respectfully request that this Court grant their motion for an Order extending the Scheduling Order (Dkt. No. 22) deadlines by sixty (60) days.

    Respectfully submitted,

    Smith Partners & Associates, Ltd., Coya Smith, and Andy Horn

    /s/ Newton C. Marshall
    One of their Attorneys

Newton C. Marshall (ARDC No. 6209427)
Michelle M. Blum (ARDC No. 6295921)
Karbal Cohen Economou Silk & Dunne LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 431-3700