**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARIA LUIS and LUCY GOMEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:12-cv-2922 |
| | ) | |
| v. | ) | |
| | ) | |
| SMITH PARTNERS & ASSOCIATES, LTD., | ) | |
| COYA SMITH and ANDY HORN, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

TO: All Attorneys of Record

I, Michelle M. Blum, an attorney, certify I served Defendants Smith Partners & Associates, Ltd., Coya Smith, and Andy Horn's Answers to Plaintiffs' Interrogatories and Responses to Plaintiffs' Production Requests by emailing and mailing copies to the attorneys listed in the attached Service List at their respective addresses and depositing same in the U.S. Mail at 150 S. Wacker Drive, Chicago, IL 60606 at 5:00pm on December 10, 2012 with proper postage prepaid.

Respectfully Submitted,

KARBAL COHEN ECONOMOU SILK & DUNNE, LLC

By:    /s/ Michelle Blum
One of the attorneys for Defendants Smith
Partners & Associates, Ltd., Coya Smith,
and Andy Horn

Newton C. Marshall
Michelle M. Blum
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100
nmarshall@karballaw.com
mblum@karballaw.com

*Luis, et al. v. Smith Partners & Associates, Ltd., et al.*
United States District Court for the Northern District of Illinois
Case No. 1:12-cv-2922

**Service List**

*Attorney for Plaintiffs*
Jonathan Lubin
39 S. LaSalle Street
Suite 1400
Chicago, IL 60603
(773) 954-2608
jonathan@lubinlegal.com

*Attorney for Plaintiffs*
Erica Chippi
Kaplan Silverman, LLC
20 North Clark Street, Suite 1725
Chicago, IL 60602
(312) 443-1667
echippi@kaplansilvermanllc.com