IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA LUIS and LUCY GOMEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:12-cv-2922 |
| | ) | |
| v. | ) | |
| | ) | |
| SMITH PARTNERS & ASSOCIATES, LTD., | ) | |
| COYA SMITH, and ANDY HORN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Attorneys of Record

PLEASE TAKE NOTICE that on the January 14, 2013, at 9:00 a.m., or as soon thereafter as this motion may be heard, I shall appear before the Honorable Judge Gary Feinerman or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 1725 at the courthouse located at 219 S. Dearborn, Chicago, Illinois, and present the attached DEFENDANTS SMITH PARTNERS & ASSOCIATES, LTD., COYA SMITH AND ANDY HORN'S MOTION AND SUPPORTING MEMORANDUM TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS AND FOR SANCTIONS, a copy of which has been served (via ECF filing) today.

Respectfully submitted,

Dated: January 9, 2013          /s/ Newton C. Marshall
                                Newton C. Marshall

Newton C. Marshall
Michelle M. Blum
**Karbal, Cohen, Economou,
Silk & Dunne, LLC**
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
312.431.3700

## **CERTIFICATE OF SERVICE**

      I, Newton C. Marshall, an attorney of record in this matter, hereby state that on January 9, 2013, I electronically filed the foregoing Notice of Motion and using the CM/ECF SYSTEM, which will send notification to all attorneys of record on this the 9th day of January, 2013.

                                                    By:     /s/ Newton C. Marshall
                                                            Attorneys for Smith Partners &
                                                            Associates, Ltd., Smith REO Properties,
                                                            Coya Smith and Andy Horn

Newton C. Marshall (ARDC No. 6209427)
Michelle M. Blum (ARDC No.: 6295921)
Karbal, Cohen, Economou, Silk & Dunne, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
312.431.3700