# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Maria Luis, et al.

              Plaintiff,

v.                    Case No.: 1:12–cv–02922
                    Honorable Gary Feinerman

Smith Partners and Associates, Ltd., et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2013:

  MINUTE entry before Honorable Gary Feinerman:Status hearing held and continued to 5/21/2013 at 9:00 a.m. The parties reported that the case has settled. If dismissal papers are filed by 5/20/2013, the 5/21/2013 status hearing will be stricken and the case will be closed.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.