**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARIA LUIS and LUCY GOMEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:12-cv-2922 |
| | ) | |
| v. | ) | |
| | ) | |
| SMITH PARTNERS & ASSOCIATES, LTD., | ) | |
| COYA SMITH and ANDY HORN, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff Maria Gomez, Plaintiff Lucy Gomez, Defendant Smith Partners & Associates, Ltd., Defendant Coya Smith, and Defendant Andy Horn, by and through their respective attorneys, consent, agree, and stipulate as follows:

1. Plaintiffs and Defendants have agreed to fully compromise, resolve, and settle all claims brought in this cause, including, but not limited to, all claims asserted and alleged or which could have been asserted or alleged in this cause and in the Complaint.

2. Plaintiffs have signed a Release of All Claims, reflecting and setting forth the terms and conditions of their settlement of this cause.

3. With respect to any medical or other liens related to the events alleged in the Complaint, Plaintiffs covenant and agree to indemnify the Defendants, and to hold the Defendants harmless, from any and all costs, liability, expenses, and attorneys' fees related to any medical or other liens served on or incurred by Plaintiffs.

4. The parties have agreed and hereby stipulate to the dismissal of the Complaint

      filed in this cause as to all claims, known and unknown, and as to all parties, whether identified herein or not identified herein, with prejudice, and without fees or costs.

5.   Plaintiffs' Complaint against Defendants, and all claims and defenses raised by any party in this matter, SHALL BE AND HEREBY ARE DISMISSED in their entirety with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

      Respectfully submitted,

/s/ Jonathan D. Lubin
*Attorney for Plaintiffs Maria Luis and Lucy Gomez*
Jonathan D. Lubin
Attorney at Law
39 S. LaSalle Street
Suite 1400
Chicago, IL 60603
(312) 332-7374

/s/ Newton C. Marshall
*Attorney for Defendants Smith Partners & Associates, Ltd., Coya Smith and Andy Horn*
Karbal, Cohen, Economou, Silk & Dunne, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 431-3700

ENTERED:

_____

Judge Gary Feinerman